CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Laura Rowell**<br>DOB: 1970; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-05980MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 25, 2026, in the District of Arizona, **Laura Rowell**, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 25, 2026, in the District of Arizona (Topowa), at approximately 10:00 a.m. Border Patrol Agents (BPAs) observed a black truck going southbound on Federal Route (FR) 19.   At approximately 10:36 a.m., Three Points station Tactical Operations Center (TOC) advised BPAs of a citizen's report of three potential illegal aliens (IAs) near south Komelic village. At 10:43 a.m., TOC advised that the call from the citizens report had been updated to a load up in a black truck going northbound on FR 19. BPAs located the black 4-door Ram, which was still heading north passing FR 2. BPAs got behind the vehicle and tried to run record checks on the license plate but were unable to read the plate due to it being blocked by a tow hitch. The driver of the vehicle pulled off to the side of the road and drastically decreased the speed of the vehicle. The driver slowly rolled for a couple of seconds before proceeding to drive back on the road heading north past mile marker 15.5. BPAs initiated a vehicle stop to perform an immigration inspection on the occupants. The vehicle did not yield to BPAs and instead accelerated with rates of speed over 100 miles per hour. At 10:48 a.m., the vehicle slowed down completely and began to make a U-turn in a local driveway. The driver, identified as **Laura Rowell**, exited the truck and put her hands up. BPAs discovered four subjects wearing camouflage hiding in the truck. Three subjects were in the backseat, and one in the front passenger seat.   The four passengers admitted to being citizens and nationals of Mexico and Guatemala. Record checks revealed the four passengers, including Marvin Leocadio Carrillo-Carrillo, Jose Daniel Len-Juarez, and Elmer Tema-Esteban do not possess the proper documentation to enter, pass through, or remain in the United States legally. Marvin Leocadio Carrillo-Carrillo was previously deported from the United States through Phoenix, Arizona on December 03, 2025. Jose Daniel Len-Juarez was previously deported from the United States through Harlingen, Texas on December 07, 2025. Elmer Tema-Esteban was previously deported from the United States through Washington D.C., on July 26, 2023.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE:

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | DATE<br>April 27, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chanulee

26-05980MJ

**Continued from front page.**

After waving her *Miranda* rights, principal **Laura Rowell** stated she picked up four subjects that she believed were IAs. She stated she was going to transport the four IAs to Phoenix, Arizona, by following directions from someone. The individual who provided her with directions was described as sounding like a younger aged male. She stated she would be getting paid four hundred dollars for each subject she transported. This was her third time smuggling IAs.